UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PARSONS & WHITTEMORE
ENTERPRISES CORP., PARSONS &
WHITTEMORE, INCORPORATED,
GEORGE F. LANDEGGER, and EVA
LANDEGGER,

                    Plaintiffs,        **RULE 7.1 STATEMENT**

   - against -                 08 Civ. _____

ARTHUR L. SCHWARTZ and LOUISE H.
SCHWARTZ,

                    Defendants.

08 CIV. 2084

-----------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs Parsons & Whittemore Enterprises Corp. ("PWE") and Parsons & Whittemore, Incorporated ("P&W"), non-governmental corporations, certify that no publicly held corporation owns 10% or more of their stock. Plaintiffs PWE and P&W further certify that PWE has no parent corporation, but that it is the parent corporation of P&W.

Dated:  New York, New York
          March 3, 2008

                                      MORVILLO, ABRAMOWITZ, GRAND,
                                      IASON, ANELLO & BOHRER, P.C.

                        By: _____
                            Edward M. Spiro (ES-1206)
                            Barbara L. Trencher (BT-6722)
                            Sarah J. North (SN-4558)
                       565 Fifth Avenue
                     New York, New York 10017
                     (212) 856-9600

                    *Attorneys for Plaintiffs*