| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>PARSONS & WHITTEMORE ENTERPRISES CORP.<br>& WHITTEMORE, INC., GEORGE F. LANDEGGER<br>and EVA LANDEGGER, | Rev. 9/03 |

                            Plaintiff,

              - against -                       **ORDER OF REFERENCE**
                                                               **TO A MAGISTRATE JUDGE**

ARTHUR L. SCHWARTZ and LOUISE H. SCHWARTZ,

                                                   08 Civ. 2084 (CLB) (GAY)

                         Defendant.
------------------------------------------------------------X

       The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

                                              ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

**_X_ All Purposes**

___ Specific Non-Dispositive Motion/Dispute:*

                                             ___ Consent under 28 U.S.C. §636(c) for limited purpose of _____

                                             ___ Habeas Corpus

___ Settlement*

                                             ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___ Inquest After Default/Damages Hearing

                                             Particular Motion: _____

___ All purposes permitted by law

                                             All such motions: _____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
               March 7, 2008

                                                  _/s/ Charles L. Brieant_____
                                                   United States District Judge