UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARSONS & WHITTEMORE
ENTERPRISES CORP., PARSONS &
WHITTEMORE, INCORPORATED,
GEORGE F. LANDEGGER, AND EVA
LANDEGGER,

            Plaintiffs,            08 CV 2084 (CLB)

- against -            ECF CASE

ARTHUR L. SCHWARTZ and LOUISE H.,
SCHWARTZ,

            Defendants.

---

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel of record on behalf of Defendant Arthur L. Schwartz in the above-captioned case. I certify that I am admitted to practice in this Court.

Dated: March 20, 2008
       New York, New York

Respectfully submitted,

_____
Thomas C. Rotko (TR-9339)
Clayman & Rosenberg
305 Madison Avenue
New York, NY 10165
Phone: (212) 922-1080
Fax:   (212) 949-8255