MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.
565 FIFTH AVE.
NEW YORK, NY 10017
212-856-9600

| | |
|---|---|
| PARSONS & WHITTEMORE ENTERPRISES CORP., ET AL<br><br>V.<br><br>LOUISE H. SCHWARTZ | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 08 CIV. 2084<br><br>Affidavit of Service |

State of New Jersey
County of Bergen
SS:

I, **JAMES REAP** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **March 12, 2008** at **3:12 PM**, deponent served the within named **Summons, Complaint and Jury Demand (redacted version of Complaint filed on docket); Summons, Complaint and Jury Demand (unredacted version of Complaint filed under seal); Civil Cover Sheet; Rule 7.1 Statement; Individual Practices of Hon. Charles L. Brieant; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Procedures for Electronic Case Filing; and Guidelines for Electronic Case Filing** upon **ARTHUR L. SCHWARTZ**. Said service was effected at **24 WEDGEWOOD DRIVE, WEST ORANGE, NJ 07052**, in the following manner;

By delivering thereat a true copy of each to **ARTHUR L. SCHWARTZ** personally. Deponent knew said person so served to be the person described as said **ARTHUR L. SCHWARTZ** therein.

**ARTHUR L. SCHWARTZ** is described to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male** Skin Color: **White** Hair: **Gray** Age(Approx): **66** Ht.(Approx): **6'** Wt.(Approx): **200-225 lbs**

I **JAMES REAP** asked, whether **ARTHUR L. SCHWARTZ** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **ARTHUR L. SCHWARTZ** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on March 19, 2008

DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/27/12

JAMES REAP, Process Server
Callahan Lawyers Service
50 Main Street
P.O. Box 632
Hackensack, NJ 07602
(201) 489-2245 (877) 767-2245 , (201) 489-8093 (Fax)

CLS # 37891