UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARSONS & WHITTEMORE
ENTERPRISES CORP., PARSONS &
WHITTEMORE, INCORPORATED,
GEORGE F. LANDEGGER, AND EVA
LANDEGGER,

                            Plaintiffs,

            - against -

ARTHUR L. SCHWARTZ and LOUISE H.
SCHWARTZ,

                            Defendants.

---

:
:
:
:
:
:
:
:

**STIPULATION AND ORDER**

08 CV 2084 (CLB)(GAY)

ECF CASE



 **IT IS HEREBY STIPULATED AND AGREED**, by and amongst

counsel for the undersigned parties, that the deadline for defendants' answer, originally

due April 1, 2008, is extended to April 22, 2008.  This extension applies only to

defendants' time to answer and does not extend defendants' time to move in response to

the Complaint.  Defendants further agree that they will not contest the sufficiency of

service of process in this action.  This is the first request for an extension by either party.

This stipulation may be signed in counterpart via facsimile or .pdf format, and such

signatures shall be deemed originals for all purposes.

Dated:      March 27, 2008
            New York, New York


MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
      Edward M. Spiro (ES-1206)
      Barbara L. Trencher (BT-6722)
      Sarah J. North (SN-4558)


      565 Fifth Avenue
      New York, NY 10017
      (212) 856-9600

      *Attorneys for Plaintiffs*


CLAYMAN & ROSENBERG

By: _____
      Thomas C. Rotko (TR-9339)
      Seth L. Rosenberg (SR-4563)

      305 Madison Avenue, Suite 1301
      New York, NY 10165
      (212) 922-1080

      *Attorneys for Arthur L. Schwartz*



BRICCETTI, CALHOUN
& LAWRENCE, LLP

By: _____
      Vincent L. Briccetti (VB-3285)

      81 Main Street, Suite 450
      White Plains, NY 10601
      (914) 946-5900

      *Attorneys for Louise H. Schwartz*


SO ORDERED:

_____            3/28/08
      Hon. George A. Yanthis
      United States Magistrate Judge


2