UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARSONS & WHITTEMORE
ENTERPRISES CORP., PARSONS &
WHITTEMORE, INCORPORATED,
GEORGE F. LANDEGGER, AND EVA
LANDEGGER,

                    Plaintiffs,        08 CV 2084 (CLB)(GAY)

    - against -                          ECF CASE

ARTHUR L. SCHWARTZ and LOUISE H.
SCHWARTZ,

                    Defendants.

---

## APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel of record on behalf of defendant Louise H. Schwartz in the above-captioned case. I certify that I am admitted to practice in this Court.

Dated: April 18, 2008
       White Plains, NY

                                      BRICCETTI, CALHOUN & LAWRENCE, LLP

                                      By: _____
                                        Vincent L. Briccetti (VB-3285)
                                        81 Main Street, Suite 450
                                        White Plains, NY 10601
                                        Telephone (914) 946-5900
                                        Facsimile (914) 946-5906