**LAW OFFICES**

**CLAYMAN & ROSENBERG**

305 MADISON AVENUE

NEW YORK, NEW YORK 10165

(212) 922-1080

FAX: (212)

CHARLES E. CLAYMAN
SETH L. ROSENBERG
BRIAN D. LINDER
AMY E. MILLARD
PAUL S. HUGEL
ISABELLE A. KIRSHNER
THOMAS C. ROTKO

ELLEN YAROSHEFSKY
COUNSEL



April 17, 2008

BY FACSIMILE

Honorable George A. Yanthis
United States District Judge
Southern District of New York
300 Quarropas Street, Room 118
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re:  Parsons & Whittemore Enterprises Corp., et al. v. Arthur Schwartz, et al.
     08 Civ. 2084 (CLB)(GAY)

Dear Judge Yanthis:

      We are the attorneys for Arthur Schwartz, a defendant in the above-referenced action. We write seeking the Court's permission to file a redacted version of his Answer in the public record and an unredacted version under seal. Mr. Schwartz's Answer is due on April 22, 2008.

      This action, initiated by plaintiffs on March 3, 2008, alleges fraudulent conveyance claims against Mr. Schwartz and his wife, Louise H. Schwartz. The fraudulent conveyance Complaint disclosed information which was deemed "Confidential" pursuant to the terms of the Confidentiality Stipulation and Order entered in a related action between plaintiffs and Mr. Schwartz (which is also pending before Your Honor (03 Civ. 873 (CLB)(GAY)). Accordingly, plaintiffs filed a redacted version of the fraudulent conveyance Complaint in the public record and a unredacted version under seal. This manner of filing was ordered by Judge Brieant, and a copy of Judge Brieant's Order is enclosed.

      Since Mr. Schwartz's Answer will also disclose information deemed "Confidential" pursuant to the Confidentiality Stipulation and Order, we respectfully

*Application granted:*
**SO ORDERED:**
/s/ George A. Yanthis  4/17/08
**Hon. George A. Yanthis**
**United States Magistrate Judge.**