LAW OFFICES
## CLAYMAN & ROSENBERG

505 MADISON AVENUE

NEW YORK, NEW YORK 10165

(212) 922-1080

FAX: (212) 949-8255

CHARLES E. CLAYMAN
SETH L. ROSENBERG
BRIAN D. LINDER
AMY E. MILLARD
PAUL S. HUGEL
ISABELLE A. KIRSHNER
THOMAS C. ROTKO

ELLEN YAROSHEFSKY
COUNSEL





April 18, 2008

BY FACSIMILE

**MEMO ENDORSED**

Honorable George A. Yanthis
United States District Judge
Southern District of New York
300 Quarropas Street, Room 118
White Plains, NY 10601-4150

    Re:    Parsons & Whittemore Enterprises Corp., et al. v. Arthur Schwartz, et al.
            <u>08 Civ. 2084 (CLB)(GAY)</u>

Dear Judge Yanthis:

    We are the attorneys for Arthur Schwartz. We write on behalf of Mr. Schwartz and Louise H. Schwartz, the defendants in this action. The defendants' Answers are due on April 22, 2008. We respectfully request that the Court extend the deadline for defendants' time answer. Due to their religious observance of the upcoming Passover holiday, the Schwartzs are unavailable and will be unable to consult with counsel concerning their Answers until Tuesday, April 22. Accordingly, we request that the Court extend their time to answer the Complaint to Thursday, April 24.

    I have conferred with Edward M. Spiro, counsel for plaintiffs, and he has authorized me to inform the Court that plaintiffs consent to this request.

Respectfully submitted,

Thomas C. Rotko

Granted:

cc:    Vincent L. Briccetti, Esq. (by facsimile)
        Edward M. Spiro, Esq. (by facsimile)

SO ORDERED: 4/18/08
Hon. George A. Yanthis
United States Magistrate Judge

HON. GEORGE A. YANTHIS

\*\* Transmit Confirmation Report \*\*

P.1                                                               Apr 18 2008 03:42pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912129498255 | Normal | 18,03:42pm | 0'33" | 2 | # O K | |

# FAX SHEET

HON. GEORGE A. YANTHIS
United States Magistrate Judge
300 Quarropas Street Rm 116
White Plains, NY 10601
914-390-4088
Fax 914-390-4095

*Donna Hilbert*

Date: 4-18-08

To: Thomas Rotko Esq

Fax #: 212-949-8255

Subject: _____

Number of Pages: 2
(Including this one)

*If you do not receive all the pages, please contact chambers immediately.*

\*Upon receipt of this fax, fax to all parties\*