UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PARSONS & WHITTEMORE
ENTERPRISES CORP., PARSONS &
WHITTEMORE, INCORPORATED,
GEORGE F. LANDEGGER, and EVA
LANDEGGER,

                    Plaintiffs,                08 Civ. 2084 (ECF)(CLB)(GAY)

- against -

ARTHUR L. SCHWARTZ and
LOUISE H. SCHWARTZ,

                    Defendants.

------------------------------------------------------------x

## CIVIL CASE MANAGEMENT PLAN

1. This case is to be tried to a jury.

2. Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be exchanged by June 16, 2008.

3. No additional parties may be joined after December 1, 2008.

4. No pleading may be amended after December 1, 2008.

5. All discovery, *including expert discovery*, must be completed on or before March 6, 2009; all fact discovery must be completed on or before December 31, 2008. The depositions will proceed in whatever order they are noticed and there is no requirement for plaintiffs' depositions to take place first. PLEASE NOTE: the phrase "all discovery, including expert discovery" means that the parties must select and disclose their experts' identities and opinions, as required by Fed.R.Civ.P. 26(a)(2)(B), *well before* the expiration of the discovery period. Expert disclosures conforming with Rule 26 of all information except the expert reports must be made no later than January

-2-

30, 2009, and will be made simultaneously. Disclosures of the expert reports must be made no later than January 30, 2009. Expert depositions must be completed by February 20, 2009. Supplemental expert reports, if any, must be exchanged no later than March 6, 2009.

6. The following discovery is necessary in order for the parties to be able to consider settlement prior to the completion of all discovery: party and non-party document discovery, and it will be completed no later than December 31, 2008, after which the parties may request a settlement conference.

7. Any *in limine* motions, as well as proposed *voir dire* questions and proposed jury instructions, shall be served and filed no later than 60 days after the close of discovery. No pretrial order will be required unless specifically ordered by the Court.

8. No motion for summary judgment may be served after the date the pre-trial submissions are due. *The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pre-trial submissions on the assigned date in the absence of an Order providing such relief.* Any opposition to a summary judgment motion shall be served and filed no later than 60 days after service of the motion; reply papers, if any, shall be served and filed no later than 10 days after service of the opposition. Page limits for such motions are governed by Magistrate Judge George A. Yanthis's individual practices.

9. Discovery disputes will be resolved under the White Plains Magistrate Judges' standard Discovery Order. The existence of a discovery dispute will not result in any extension of the discovery deadline or trial-ready date.

10. This scheduling order may be altered or amended only on a showing of

-3-

good cause not foreseeable at the time this order is entered. Counsel should not assume that extensions will be granted as a matter of routine.

      11.   Counsel must confer about the prospect of consenting to the jurisdiction of the designated Magistrate Judge for all purposes, including trial, pursuant to 28 U.S.C. §636(c). If the parties consent, then all proceedings, including trial, will take place before Magistrate Judge George A. Yanthis. Consent forms for this purpose are available on the Court's website, and consent may occur at any time during the proceedings.

Dated: May 27, 2008
       White Plains, New York

SO ORDERED:

_____
United States Magistrate Judge George A. Yanthis